08- 00455 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches ©,
Plaintiff,

Civil No:

v.

Emily Sander a/k/a Zoey Zane,
Israel Mireles,
Defendants

Complaint

Comes now the Plaintiff, Jonathan Lee Riches ©, w. pro-se, moves under 42 USC 1983, I seek a restraining order, Defendants are trying to missing my mind at FCI Williamsburg, Solitary Confinement is unconstitutional, I'm suffering, I seek $5 million for Abuse.

Respectfully
Submitted

Jonathan Lee Riches ©